UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SURGICAL CAPITAL MANAGEMENT SPV II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MCBRIDE SURGICAL CENTER, LLC,<br><br>Defendant. | Civil Action No.<br><br>21-20501 (ES) (LDW)<br><br>**ORDER ADMITTING CRAIG E. ROTHBURD** *PRO HAC VICE* |

**THIS MATTER** having come before the Court on the motion of Phillip D. Berger, counsel for plaintiff, for the admission *pro hac vice* of Craig E. Rothburd, Esq., pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civil Rule 101.1(c); and there being no opposition to this application; and for good cause shown;

**IT IS** on this day, January 5, 2022:

**ORDERED** that the motion for admission *pro hac vice* of Craig E. Rothburd, Esq. is granted; and it is further

**ORDERED** that Craig E. Rothburd shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Phillip D. Berger or another member of his firm admitted to practice in New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this

Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Craig E. Rothburd shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Craig E. Rothburd shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion at ECF No. 5.

      *s/ Leda Dunn Wettre*
      Hon. Leda Dunn Wettre
      United States Magistrate Judge