BERGER LAW GROUP P.C.
By:     PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA  19010
(610) 668-0800
N.J. Attorney Id. No. 019551990
*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SURGICAL CAPITAL MANAGEMENT SPV II, LLC,<br><br>                                    Plaintiff,<br>     v.<br><br>MCBRIDE SURGICAL CENTER, LLC<br>                                    Defendant. | CIVIL ACTION NO. 2:21-cv-20501 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Surgical Capital Management SPV II, LLC states that no publicly held company owns 10% of more of Plaintiff's stock.

**BERGER LAW GROUP, P.C.**

Dated:   5/4/22

*Phillip D. Berger*
PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
Telephone:     (610) 668-0774
Fax:               (610) 668-2800
berger@bergerlawp.com
N.J. Attorney Id. No. 019551990
*Local Counsel for the Plaintiff*
            -and-
**CRAIG E. ROTHBURD, P.A.**

  */s/ Craig E. Rothburd*
CRAIG E. ROTHBURD, ESQ.-FBN: 0049182
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Telephone:     (813) 251-8800
Fax:               (813) 251-5042
craig@rothburdpa.com
*Attorneys for Plaintiff*