# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS
BRADLEY L. RICE°

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
MICHAEL J. PARAGANO°
SCOTT M. JACOBSON°
EMMA A. McELLIGOTT

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ, NY & DC BARS

August 15, 2022

**Via ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building
50 Walnut Street
Newark, NJ 07101

>    Re:   **Surgical Capital Management SPV II, LLC v. McBride Surgical Center, LLC**, Docket No. 2:21-cv-20501

Dear Judge Wettre:

We represent McBride Surgical Center, LLC ("McBride") in the above referenced matter. I write to respectfully request the rescheduling of the current August 22, 2022, status conference at 11:30 a.m. with Your Honor. I have a conflict at the 11:30am time as another matter of mine is also scheduled a final pre-trial conference before Hon. John Michael Vazquez, which had been adjourned a number of time prior and was set for August 22, 2022, to accommodate various attorneys' scheduling issues.

I wrote counsel for the Plaintiff on August 9, 2022, requesting their consent to reschedule this conference but have yet to hear back from them.

As such, I respectfully request that the Court reschedule the August 22, 2022 conference. I am available at other times during August 22, 2022, including between 9:00 a.m. and 11:00 a.m. or after 1:30 p.m. that day. Alternatively, I am also available on August 24, 2022.

>                            Respectfully submitted,
>
>                            /s/ *Bradley L. Rice*
>                            Bradley L. Rice

Cc: All Counsel (via ECF)