BERGER LAW GROUP P.C.
By:     PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA  19010
(610) 668-0800
N.J. Attorney Id. No. 019551990
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SURGICAL CAPITAL MANAGEMENT SPV II, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>MCBRIDE SURGICAL CENTER, LLC<br>                    Defendant. | CIVIL ACTION NO. 2:21-cv-20501<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL INCLUDING COUNTERCLAIM (WITH PREJUDICE)** |

**COMES NOW,** the Plaintiff, SURGICAL CAPITAL MANAGAEMENT SPV II, LLC, and the Defendant, McBRIDE SURGICAL CENTER, LLC, by and through the undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and give notice that in consideration of a negotiated settlement executed by them, that they amicably resolved all claims and counterclaims stated against all parties in the above case, and hereby jointly stipulate to the Dismissal of the above action and Counterclaim **WITH PREJUDICE** and that each party shall bear their own attorney's fees and court costs.

| | |
|---|---|
| Dated:      1/20/23 | Dated:      1/20/23 |
| **BERGER LAW GROUP, P.C.** | NAGEL RICE, LLP |
| /s/ *Phillip D. Berger* | /s/ *Bradley L. Rice* |
| PHILLIP D. BERGER, ESQUIRE | BRADLEY L. RICE, ESQUIRE |
| 919 Conestoga Road, Building 3, Suite 114 | 103 Eisenhower Parkway |
| Rosemont, PA 19010 | Roseland, New Jersey |
| Telephone:    (610) 668-0774 | Telephone:    (973) 618-0400 |
| Fax:              (610) 668-2800 | Direct:           (973) 618-9678 |
| berger@bergerlawp.com | Fax:              (973) 618-9194 |
| N.J. Attorney Id. No. 019551990 | Email: brice@nagelrice.com |
| *Local Counsel for the Plaintiff* | N.J. Attorney Id No. 025931977 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATION OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff's counsel of record. Transmission of the notice of electronic filing constitutes service of filed document pursuant to L. Civ. P. 5.2(14) (b) (1).

Dated: 1/20/23

**BERGER LAW GROUP, P.C.**

/s/ *Phillip D. Berger*

PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
Telephone:   (610) 668-0774
Fax:             (610) 668-2800
berger@bergerlawp.com
N.J. Attorney Id. No. 019551990

 - and -

**CRAIG E. ROTHBURD, P.A.**

/s/ *Craig E. Rothburd*

CRAIG E. ROTHBURD, ESQ.-FBN: 0049182
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Telephone:   (813) 251-8800
Fax:             (813) 251-5042
craig@rothburdpa.com
maria@rothburdpa.com
CERPA File No.  6941
*Admitted Pro Hac Vice*

**Attorneys for Plaintiff**

2